FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>Anthony Jerome Williams<br>             Defendant. | Case No.: CR02-143-GAF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _use of alias names and identifiers; lack of confirmed bail resources; history of fta's; alcohol abuse history; transient_

1  residential status; repeated failure to comply
2  w/supervision conditions evidence he cannot be
3  and/or relied upon to do so

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _history of crimes of violence, and alcohol-related convictions offenses_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 2/3/09

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA,           ) | Case No.: CV02-143-GAF |
| 12                       Plaintiff,    ) | ORDER OF DETENTION AFTER HEARING |
| 13           vs.                        ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| 14                                      ) | |
| 15                       Defendant.    ) | |

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

16
17      The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the _____,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24 A.   [X] The defendant has not met his/her burden of establishing by clear and
25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26      3142(b) or (c). This finding is based on use of alias names
27      and identifiers; lack of confirmed bail resources; history
28      of fta's; alcohol abuse history; transient

1    residential status; repeated failure to comply
2    w/ supervision conditions evidence he cannot be
3    and/or    relied upon to do so

4 B.    [X] The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on _history of crimes of violence, and
8    alcohol-related conviction offenses_

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 2/3/09

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CV02-143-GAF |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on use of alias names and identifiers; lack of confirmed bail resources; history of fta's; alcohol abuse history; transient

1  residential status; repeated failure to comply
2  w/ supervision conditions evidence he cannot be
3  and/or    relied upon to do so
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on  history of crimes of violence, and
8      alcohol-related contraras offenses
9
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  2/3/09
17                                  ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE

Page 2 of 2